**ÆTNA LIFE INSURANCE COMPANY, Appellant, v. Lillian A. REX, Appellee.**

**No. 7779.**

Circuit Court of Appeals, Ninth Circuit.

March 18, 1935.

Senn & Recken, James Powers, and W. E. Cameron, all of Portland, Or., for appellant.

C. C. Hall and Robert A. Needy, both of Portland, Or., for appellee.

Before WILBUR and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, without costs; mandate forthwith.

**The ANN ARBOR RAILROAD COMPANY, and 100 Other Railroad Companies, Appellants, v. BUFFELEN LUMBER & MANUFACTURING CO., Appellee.**

**BALTIMORE & OHIO R. CO., and 30 Other Railroads, Appellants, v. AMERICAN DOOR & MANUFACTURING CO., Appellee.**

**Nos. 7500, 7501.**

Circuit Court of Appeals, Ninth Circuit.

April 10, 1935.

E. Ben. Johnson, of Spokane, Wash., L. P. Day, Commerce Counsel, N. Y. Central Lines, and J. L. Aber, Legal Dept. Pennsylvania R. Co., both of Chicago, Ill., for appellants.

Teal, Winfree, McCulloch & Shuler, of Portland, Or., for appellees.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeals dismissed, without costs; that bonds be discharged and sureties released; mandates forthwith.

**AMERICAN SCANTIC LINE, Inc., Libelant-Appellee, v. THE Tug B. M. THOMAS and The Warner Company, Claimant-Respondent-Appellant.**

**The WARNER COMPANY, as Owner of THE LIGHTER NO. 146, Cross-Libelant-Appellant, v. THE Steamship SCANPENN and American Scantic Line, Inc., Claimant-Respondent-Appellee.**

**Nos. 117, 118.**

Circuit Court of Appeals, Second Circuit.

Feb. 4, 1935.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and Eugene Underwood, both of New York City, of counsel), for appellee and the Scanpenn.

Purdy & Purdy, of New York City (John E. Purdy and Edmund F. Lamb, both of New York City, of counsel), for appellant Warner Co.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decrees (6 F. Supp. 745) affirmed.